# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1489
_____

BRADLEY DUNHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

January 2, 2025

PER CURIAM.

DISMISSED. *See Wilson v. State*, 306 So. 3d 1267, 1273 (Fla. 1st DCA 2020), *review granted*, No. SC20-1870, 2021 WL 1157838 (Fla. Mar. 26, 2021).

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, Megan Long, Assistant Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee; Jay Patel of Jay Patel Law, P.A., Fort Walton Beach; Timothy W. Shaw of Anchors Smith Grimsley, Fort Walton Beach, for Appellant.

Ashley Moody, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.